IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:23CR158 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ENTRY OF APPEARANCE** |
| AMARRO TICAL LOERA, | ) | |
| Defendant. | ) | |

Karen M. Shanahan hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 11th day of August, 2023.

        Respectfully submitted,

        AMARRO TICAL LOERA, Defendant,

    By /s/ Karen M. Shanahan
        Karen M. Shanahan
        Attorney for Defendant
        222 South 15th Street, #300N
        Omaha, NE 68102
        Telephone: (402) 221-7896
        Fax: (402) 221-7884
        E-Mail: Karen_Shanahan@fd.org